

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00214-CR

**THOMAS GILMORE STEWART,**

                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                        **Appellee**

---

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 39171CR

---

## MEMORANDUM OPINION

---

Thomas Gilmore Stewart appeals his conviction for possession of a controlled substance. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010).[1] However, the certification of defendant's right of appeal which Thomas signed indicates that he waived his right to appeal. *See* TEX. R. APP. P. 25.2(d).

---

[1] In the documents filed with this Court, Stewart notes that the issues he seeks to appeal may be issues for a petition for writ of habeas corpus. Although we express no opinion on the merits of his issues, we generally agree that his right to relief, if any, is more appropriate if pursued in a petition for writ of habeas corpus.

Accordingly, this appeal is dismissed.[2]  *Id*.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 31, 2014
Do not publish
[CR25]

---

[2] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered.  TEX. R. APP. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  TEX. R. APP. P. 68.2 (a).